UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00130-HZ |
| v. | SUPERSEDING INFORMATION |
| ANTHONY A. AMOSS, | 18 U.S.C. § 1361 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Destruction of Government Property)
(18 U.S.C. § 1361)

On or about March 13, 2021, ANTHONY AMOSS willfully damaged and destroyed, and attempted to damage or destroy, property owned by the United States, that is, glass windows of the Mark O. Hatfield United States Courthouse;

In violation of 18 U.S.C §1361.

DATED: July 7, 2022.

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney